UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES O'NEIL WIGGIN,<br><br>     Plaintiff,<br><br> v.<br><br>RN MALONE, RN WRIGHT, RN JUDGE, RN SKINNER, RN CRANE, RN TRIESCH, RN BROWN, CUS SWAIN, SERGEANT JOLLY, SERGEANT SULTUMIER, RN MAZE, RN BROWER, RN NGO, COUNSELOR ROLKO, CORRECTIONS OFFICER EVANS,<br><br>     Defendants. | No. C13-6016 RJB/KLS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom and the remaining record, does hereby find and **ORDER:**

 (1) The Court adopts the Report and Recommendation (Dkt. 40).

 (2) Plaintiff's motion to voluntarily dismiss this action (Dkt. 38) is **GRANTED;** this action is **Dismissed With Prejudice**.

 (3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for any Defendants who have appeared, and to the Hon. Karen L. Strombom.

**DATED** this 21st day of July, 2014.

          */s/ Robert J. Bryan*
          ROBERT J. BRYAN
          United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1